NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EPLUS, INC.,**
*Plaintiff-Appellee,*

v.

**LAWSON SOFTWARE, INC.,**
*Defendant-Appellant.*

---

2011-1396

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 09-CV-0620, Senior Judge Robert E. Payne.

---

## ON MOTION

---

Before GAJARSA, MAYER, and PROST, *Circuit Judges.*

PER CURIAM.

## ORDER

Upon consideration of Lawson Software, Inc.'s motion for reconsideration of the court's denial of an immediate temporary stay of the district court's injunction pending disposition of its motion for a stay, pending appeal,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

JUN 1 5 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Donald R. Dunner, Esq.
     Scott L. Robertson, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 5 2011

JAN HORBALY
CLERK